1  ALEXANDER G. CALFO (SBN 152891)
   alexander.calfo@btlaw.com
2  KELLEY S. OLAH (SBN 245180)
   kelley.olah@btlaw.com
3  GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
   gabrielle.anderson-thompson@btlaw.com
4  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
5  Los Angeles, California 90067
   Telephone:    (310) 284-3880
6  Facsimile:    (310) 284-3894

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC.; JOHNSON & JOHNSON
8  SERVICES, INC.; JOHNSON & JOHNSON (erroneously
   sued as "Johnson & Johnson, Inc."); DEPUY
9  INTERNATIONAL LIMITED (erroneously sued as "DePuy
   International, Ltd.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA CLANCY,<br><br>   Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No. CV13-4401-MEJ RS<br><br>[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS<br><br>JURY TRIAL DEMANDED<br><br>Trial Date:   None Set |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff LORETTA CLANCY and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson &

Johnson, Inc."), DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy International, Ltd."), THOMAS P. SCHMALZRIED, M.D. and THOMAS P. SCHMALZRIED A PROFESSIONAL CORPORATION (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.

3. Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/27/, 2013

_____
UNITED STATES DISTRICT JUDGE